HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9   MYUNG THOMAS,

10              Plaintiff,

11        v.                                      CASE NO. C13-1032 RAJ

12   JIN & SANG CORPORATION, et al.,              ORDER DENYING DEFAULT
                                                  JUDGMENT
13              Defendants.

14

15        This matter comes before the court on Plaintiff's motions for default judgment

16   against defendants Oston Tsevegmid, San Yun, and Jin & Sang Corporation.  Dkt. # 14-

17   16.  Plaintiff filed suit against defendants for sexual harassment and hostile work

18   environment under Title VII and the RCW 49.60 *et al.* (against defendants Jin & Sang

19   Corporation and Yun),[1] retaliation and constructive discharge (against defendants Jin &

20   Sang Corporation and Yun) assault and battery (against defendant Tsevegmid), negligent

21   and intentional infliction of emotional distress (against all defendants), and negligent

22   retention and supervision (against defendants Jin & Sang Corporation and Yun).  Dkt. #

23   1.  In her complaint, plaintiff sought an award of damages against all defendants jointly

24   and severally "in an amount proven at the time of trial[,]" an award of prejudgment

25   interests and costs incurred, an award of reasonable attorney fees and litigation expenses

26

27   [1] Defendant Jin Rang Chung has been voluntarily dismissed from this action.

ORDER DENYING DEFAULT JUDGMENT – 1

28

under RCW 49.60.030(2), and for such other and further relief as the court deems equitable and proper. *Id.* at 11.

The court's role in considering a motion for default judgment is not ministerial. The court must accept all well-pleaded allegations of the complaint as established fact, except facts related to the amount of damages. *TeleVideo Sys., Inc. v. Heidenthal*, 826 F.2d 915, 917-18 (9th Cir. 1987).  Where those facts establish a defendant's liability, the court has discretion, not an obligation, to enter a default judgment.  *Aldabe v. Aldabe*, 616 F.2d 1089, 1092 (9th Cir. 1980); *Alan Neuman Productions, Inc. v. Albright*, 862 F.2d 1388, 1392 (9th Cir. 1988).  The plaintiff must provide evidence to support a claim for a particular sum of damages. *TeleVideo Sys.*, 826 F.2d at 917-18; *see also* Fed. R. Civ. P. 55(b)(2)(B).  Where the plaintiff cannot prove that the sum he seeks is "a liquidated sum or capable of mathematical calculation," the court must conduct a hearing or otherwise ensure that the damage award is appropriate.  *Davis v. Fendler*, 650 F.2d 1154, 1161 (9th Cir. 1981).

For several reasons, the court cannot award this judgment.

First, none of the declarations filed in support of any of the motions comply with 28 U.S.C. § 1746.  Second, plaintiff has not provided adequate legal and/or factual authority to support an award for the $3,000.00 requested for emotional distress,[2] for the $45,000 request for punitive damages,[3] or for interest on front and back pay.  Third, the court questions whether the attorney's fees request is reasonable where time was spent on drafting discovery prior to any defendant making an appearance and where counsel charged time to correct mistakes.

The court DENIES Plaintiff's motions for default judgment for the reasons stated above. Dkt. ## 14-16. This ruling is without prejudice to a renewed motion for default

---

[2] The court's concern here is causation.
[3] The court notes that plaintiff's complaint did not request punitive damages.  Dkt. # 1 at 11 (Relief Sought).

ORDER DENYING DEFAULT JUDGMENT – 2

judgment that addresses the concerns the court raised in this order.  If plaintiff files a renewed motion for default judgment, she shall file one motion with supporting documentation addressing all three defendants.  To the extent the combined filing exceeds 50 pages in length, plaintiff must deliver a courtesy copy to this court that abides by the Local Rules, including, Local Rules W.D. Wash. CR 10(e)(6), (9), and (10).

DATED this 19th day of December, 2013.


The Honorable Richard A. Jones
United States District Judge

ORDER DENYING DEFAULT JUDGMENT – 3